IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN A. HERRIN,<br>    Plaintiff,<br>V.<br>MAX PROTETCH, INC. AND THE<br>MUSEUM OF MODERN ART,<br>    Defendants. | §§§§§§§§§ Civil Action No. 4:09-cv-02174 |

## ORDER OF DISMISSAL

The Court, having considered plaintiff John A. Herrin and defendant The Museum of Modern Art's joint motion to dismiss without prejudice, finds that such motion should be GRANTED. Therefore, it is

ORDERED that all causes of action asserted in this matter by plaintiff John A. Herrin against defendant The Museum of Modern Art are dismissed without prejudice. It is further

ORDERED that all costs of Court and attorney's fees incurred by plaintiff John A. Herrin and defendant The Museum of Modern Art in connection with the causes of action asserted in this matter by plaintiff John A. Herrin against defendant The Museum of Modern Art are to be borne by the party incurring same.

SIGNED in Houston, Texas, this 6th day of August, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

Order of Dismissal

**AGREED AS TO FORM AND CONTENT AND ENTRY REQUESTED:**

| **EMMONS & JACKSON, P.C.** | **VINSON & ELKINS, LLP** |
|---|---|
| /s/ *Daniel W. Jackson* | /s/ *Stacey Neumann Vu* |
| Daniel W. Jackson | Stacey Neumann Vu |
| SBN 00796817, S.D. Tex. #20462 | SBN 24047047 |
| Scott K. Vastine | First City Tower |
| SBN 24056469, S.D. Tex. #743194 | 1001 Fannin Street, Suite 2500 |
| 3900 Essex Lane, Ste. 1116 | Houston, Texas 77002 |
| Houston, Texas 77027 | (713) 758-2542 |
| (713) 522-4435 | (713) 615-5092 – fax |
| (713) 527-8850 – fax | |
| | Counsel for Defendant |
| Counsel for Plaintiff | The Museum of Modern Art |
| John A. Herrin | |